# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Frederick Lee, et al., | : |
| | : |
|     Plaintiffs, | : |
| | :   CIVIL ACTION NO. |
| v. | : |
| | :   1:12-cv-01037-JOF |
| Able Towing Company Inc., et al., | : |
| | : |
|     Defendant. | : |

## **ORDER**

Upon notification to the court that the parties have reached a settlement, it is hereby ORDERED that this case be ADMINISTRATIVELY CLOSED.  The Court retains complete jurisdiction to vacate this Order and to reopen the action until the terms of the settlement are fully consummated.

The Clerk of the Court is directed to close this case on January 31, 2013.

**IT IS SO ORDERED** this 29th day of August, 2012.


        S/   J. Owen Forrester
       J. OWEN FORRESTER
       SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)